UNITED STATES DISTRICT COURT
SOUSTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

ORLANDO PILETAS,

          **Defendant.**

------------------------------------------------------------X

06-CR-01176 (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2022

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 15, 2022, Defendant filed a motion seeking a reduction of his sentence to time served. The Government shall file any response to Defendant's motion by **May 5, 2022, at 5:00pm.**

**SO ORDERED.**

DATED:    New York, New York
               April 29, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge