UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                      **06-CR-1176 (VF)**

      -against-                           **TELEPHONIC CONFERENCE**

ORLANDO PILETAS,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A Telephonic Conference in this matter is hereby scheduled for **Monday, May 9, 2022, at 3:30 p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

        **SO ORDERED.**

DATED:      New York, New York
                May 6, 2022

                                                        _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge