UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                          06-CR-1176 (VF)

   -against-                        **BRIEFING SCHEDULE AND**

                                                   **TELEPHONIC CONFERENCE**

ORLANDO PILETAS,

                Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A Telephonic Conference in this matter was previously scheduled for today. Yesterday, an attorney for the Government entered a notice of appearance, explained that the Government was unaware of the Court's prior briefing order, and requested an extension of time to file the Government's opposition to defendant's motion. The Government's request for an extension of time is granted. The Government has until **5:00 p.m. on May 16, 2022**, to file an opposition to Defendant's motion. In light of the new briefing schedule, the telephonic conference scheduled for today is **canceled**. A telephonic conference is hereby scheduled for **Tuesday, May 17, 2022, at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       SO ORDERED.

DATED:    New York, New York
                May 9, 2022

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                    United States Magistrate Judge